

**U. S. Department of Justice**

*George E. B. Holding*

*United States Attorney*
*Eastern District of North Carolina*



*Terry Sanford Federal Building*          *Telephone (919) 856-4530*
*310 New Bern Avenue*                    *Criminal FAX (919) 856-4487*
*Suite 800*                              *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*     *www.usdoj.gov/usao/nce*

## M E M O R A N D U M

DATE:     October 1, 2007

REPLY TO  GEORGE E. B. HOLDING, United States Attorney

ATTN OF:  Barbara Kocher
          Assistant United States Attorney

SUBJECT:  <u>United States v. James E. Johnson, Jr., Able L. Bland,
          John T. Ragland, Troy R. Godwin and Raymond H. Rhoden</u>
          No. 4:07cr54-B0 - Eastern Division

TO:       Dennis Iavarone, Clerk of Court
          United States District Court
          Eastern District of North Carolina
          Raleigh, North Carolina

CC:       United States Probation
          Raleigh, North Carolina

          United States Marshal Service
          Raleigh, North Carolina

Please issue a summons for the above-named defendants and place same, together with a certified copy of the Information, in the hands of the U.S. Marshal for service. Also, please return a certified copy of the Indictment to this office.

Summons should be returnable before a United States Magistrate Judge.

BDK:lsh